**Order filed October 28, 2011**



In The

# Fourteenth Court of Appeals

### NO. 14-10-00953-CR

**RONNEY SWAYNE WEEMS, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 182nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1194236**

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's exhibit #1 (CD).**

The clerk of the 182nd District Court is directed to deliver to the Clerk of this court the original of State's exhibit #1 (CD), on or before **November 8, 2011.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's exhibit #1 (CD), to the clerk of the 182nd District Court.

PER CURIAM